NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE TOLLIVER GROUP, INC.,**

*Plaintiff-Appellee*

**v.**

**UNITED STATES,**

*Defendant-Appellant*

---

2023-1228

---

Appeal from the United States Court of Federal Claims in No. 1:17-cv-01763-CFL, Senior Judge Charles F. Lettow.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

February 13, 2023
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** February 13, 2023